1  Mark S. Spring, State Bar No. 155114
   mspring@cdflaborlaw.com
2  Teresa W. Ghali, State Bar No. 252961
   tghali@cdflaborlaw.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   900 University Avenue
4  Suite 200
   Sacramento, California 95825
5  Telephone:  (916) 361-0991
   Facsimile:  (916) 570-1958
6
   Attorneys for Defendant
7  Comcast Corporation

8  Alan Adelman, State Bar No. 170860
   alan@alanadelmanlaw.com
9  LAW OFFICES OF ALAN ADELMAN
   240 Stockton Street, 4th Fllor
10 Union Square
   San Francisco, CA 94108
11
   Attorneys for Plaintiff
12 Davin Montoya

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                           **SAN JOSE DIVISION**

| | |
|---|---|
| 16  DAVIN MONTOYA, | ) Case No. 5:15-cv-02026-NC |
|                   | ) |
| 17       Plaintiff, | ) Assigned for All Purposes To: |
|        vs.        | ) Magistrate Judge Nathanael Cousins |
| 18                | ) |
| COMCAST CORPORATION, | ) **STIPULATION TO EXTEND TIME TO** |
| 19                | ) **ANSWER COMPLAINT; STIPULATED** |
|       Defendant.  | ) **REQUEST TO CONTINUE AUGUST 5,** |
| 20                | ) **2015 STATUS CONFERENCE TO** |
|                   | ) **AUGUST 19, 2015; DECLARATION OF** |
| 21                | ) **TERESA W. GHALI; [PROPOSED]** |
|                   | ) **ORDER** |
| 22                | ) |
|                   | ) |
| 23 _____ | ) |

STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE; [PROPOSED]
ORDER

943498.1

Pursuant to Northern District of California Local Rule 6-1 (a), Plaintiff Davin Montoya ("Plaintiff") and Defendant Comcast Corporation ("Defendant"), through their undersigned counsel, hereby agree and stipulate that Defendant shall have an extension of time until July 10, 2015 to file its Answer to Plaintiff's Complaint, which was filed with this Court on May 5, 2015. The parties have been engaged in negotiations to resolve this matter, but as these attempts were not successful, the parties have now agreed that Defendant may respond to Plaintiff's complaint on July 10, 2015.

The parties also stipulate and consent to the jurisdiction of Magistrate Judge Nathanael Cousins for all purposes in this case.

Additionally, pursuant to Northern District of California Local Rule 6-2, the parties stipulate and request an order rescheduling the Initial Case Management Conference in this matter, currently scheduled for August 5, 2015, to August 19, 2015 (or in the alternative, August 12 or August 26, 2015).  The parties request this enlargement of time because Plaintiff's counsel, Alan Adelman, and lead defense counsel, Mark S. Spring, are unavailable to appear on August 5, 2015. Mr. Adelman will be on a backpacking trip in the Sierra Nevada Mountains, and Mark S. Spring is on a prepaid vacation the week of August 2 due to his sister's wedding.  Declaration of Teresa W. Ghali ¶ 2.  The stipulation to extend time to respond to the Complaint and stipulated request to reschedule the Initial CMC are the first requests for time modification in this case; these extensions will not affect the parties' ability to proceed with this litigation in a timely fashion.  *Id.*

**IT IS SO STIPULATED.**

Dated:  June 26, 2015            CAROTHERS DISANTE & FREUDENBERGER LLP

By:  /s/ Teresa W. Ghali
                Teresa W. Ghali
Attorneys for Defendant
COMCAST CORPORATION

Dated:  June 26, 2015            Law Offices of Alan Adelman

By:  /s/ Alan Adelman
                Alan Adelman
Attorney for Plaintiff
DAVIN MONTOYA

1   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

943498.1

## DECLARATION OF TERESA W. GHALI

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California. I am an associate with the law firm of Carothers DiSante & Freudenberger LLP ("CDF"), counsel of record for Comcast Corporation ("Defendant" or "Comcast") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. The parties request that the Initial Case Management Conference in this matter, currently scheduled for August 5, 2015, be moved to August 19, 2015, or in the alternative, August 12 or August 26, 2015. The parties seek this enlargement of time because Plaintiff's counsel and lead defense counsel, Mark S. Spring, are unavailable to appear on August 5, 2015. Mr. Adelman has informed our firm that he will be on a backpacking trip in the Sierra Nevada Mountains during that week. Mr. Spring is lead trial counsel and he has informed me that he is on vacation from late July through August 8, in New York, as his sister is getting married during this time in New York.

3. The stipulation to extend time to respond to the Complaint and stipulated request to reschedule the Initial CMC are the first requests for time modification in this case; these extensions will not affect the parties' ability to proceed with this litigation in a timely fashion. *Id.*

4. Per Northern District Local Rule 5-1(i)(3), I attest that I have obtained authorization from Plaintiff's counsel, Alan Adelman, to file this Stipulation on his behalf.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on this 26th day of June, 2015, at San Francisco, California.

/s/ Teresa W. Ghali
Teresa W. Ghali

2   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

943498.1

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 3 | The Initial Case Management Conference in this action shall take place on August <u>19</u>, 2015. |
| 4 | Joint case management statement due August 12, 2015. |

GRANTED

Judge Nathanael M. Cousins

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

943498.1