1 | Mark S. Spring, State Bar No. 155114
mspring@cdflaborlaw.com
2 | Teresa W. Ghali, State Bar No. 252961
tghali@cdflaborlaw.com
3 | CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue, Suite 200
4 | Sacramento, California 95825
Telephone:  (916) 361-0991
5 | Facsimile:  (916) 570-1958

6 | Attorneys for Defendant
Comcast Corporation
7
Alan Adelman, State Bar No. 170860
8 | alan@alanadelmanlaw.com
LAW OFFICES OF ALAN ADELMAN
9 | 240 Stockton Street, 4th Fllor
Union Square
10 | San Francisco, CA 94108

11 | Attorneys for Plaintiff
DAVIN MONTOYA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DAVIN MONTOYA, | Case No. 5:15-cv-02026 |
| Plaintiff, | Assigned for All Purposes To: |
| vs. | Magistrate Judge Nathanael Cousins |
| COMCAST CORPORATION, | **STIPULATION AND  ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| Defendant. | |

1  Plaintiff Davin Montoya ("Plaintiff") and Defendant Comcast Corporation ("Defendant")
2  (collectively "the Parties"), by and through their respective counsel of record named herein, hereby
3  submit this Stipulation and Proposed Order to Continue the Case Management Conference
4  currently set for February 24, 2016 at 10:00 a.m. to March 23, 2016, at 10:00 a.m., pursuant to
5  Local Rule 6-2.

6  There has been one previous stipulation and request to extend time in this action; namely,
7  the Court granted the Parties' June 26, 2015 stipulated request to extend the time to answer the
8  Complaint and continue the August 5, 2015 Status Conference for two weeks, to August 19, 2015,
9  due to both counsel's unavailability.  ECF 7, 8.  The Court subsequently vacated the August 19,
10 2015 status conference and issued a case management scheduling order setting a case management
11 conference for February 24, 2016 and setting a trial date of December 5, 2016.  ECF 17.

12 The Parties are currently in the middle of conducting depositions in this action, and two
13 depositions are currently scheduled for the week of February 24, 2016.  The Parties believe that
14 continuing the status conference for 30 days will allow the Parties to provide a more
15 comprehensive update for the Court at the next status conference regarding the status of discovery,
16 the likelihood of settlement and further ADR, and any pre-trial motion practice.

17 NOW THEREFORE, the Parties stipulate and agree that the Case Management Conference,
18 currently schedule to take place on February 24, 2016, be continued for four weeks to March 23,
19 2016 at 10:00 a.m, or such other date that is convenient for the Court in late March or early April.

20 **IT IS SO STIPULATED.**

21 Dated:  February 3, 2016        CAROTHERS DISANTE & FREUDENBERGER LLP

22
                                  By: /s/ Teresa W. Ghali
23                                         Teresa W. Ghali
                                  Attorneys for Defendant
24                                COMCAST CORPORATION

25 Dated:  February 3, 2016        LAW OFFICES OF ALAN ADELMAN

26
                                  By: /s/ Alan Adelman
27                                         Alan Adelman
                                  Attorney for Plaintiff
28                                DAVIN MONTOYA

1                     Case No.  5:15-cv-02026
                      Stipulation and Order to Continue Case
                      Management Conference

**ECF ATTESTATION**

I, Teresa W. Ghali, am the ECF User whose ID and Password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**. In compliance with Local Rule 5(i)(3), I hereby attest that I have obtained authorization from Plaintiff's counsel, Alan Adelman, to file this Stipulation on his behalf.

Dated:  February 3, 2016       By:       /s/ Teresa W. Ghali
                                         Teresa W. Ghali

**ORDER**

The Court, having read and considered the Stipulation to Continue Case Management Conference, and find good cause, hereby orders as follows:

**IT IS HEREBY ORDERED.**

The Case Management Conference, currently scheduled to take place on February 24, 2016 at 10:00 a.m., will be continued to March 23, 2016, at 10:00 a.m.

Dated: February 3, 2016        By: _____
                                    Honorable Nathanael Cousins

GRANTED
Judge Nathanael M. Cousins

3    Case No.  5:15-cv-02026
     Stipulation and Order to Continue Case
     Management Conference

1035933.1