1  Mark S. Spring, State Bar No. 155114
   mspring@cdflaborlaw.com
2  Teresa W. Ghali, State Bar No. 252961
   tghali@cdflaborlaw.com
3  CAROTHERS DISANTE & FREUDENBERGER LLP
   900 University Avenue, Suite 200
4  Sacramento, California 95825
   Telephone:  (916) 361-0991
5  Facsimile:  (916) 570-1958

6  Attorneys for Defendants
   Comcast Corporation and Comcast Cable Communications
7  Management, LLC

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN JOSE DIVISION**

11 | DAVIN MONTOYA,                              ) Case No. 5:15-cv-02026-NC
                                                 )
12 |         Plaintiff,                          ) Assigned for All Purposes To:
   |    vs.                                      ) Magistrate Judge Nathanael Cousins
13 |                                             )
   | COMCAST CORPORATION; COMCAST                ) **DEFENDANTS' REQUEST FOR**
14 | CABLE COMMUNICATIONS                        ) **TELEPHONIC APPEARANCE AT CASE**
   | MANAGEMENT, LLC,                            ) **MANAGEMENT CONFERENCE;**
15 |                                             ) **[PROPOSED] ORDER** CONTINUING
   |         Defendants.                         )  CASE MANAGEMENT CONFERNCE
16 |                                             ) Date:   March 23, 2016
                                                 ) Time:   10:00 a.m.
17                                               ) Ctrm:   7, 4th Floor
                                                 )

                                                            Case No. 5:15-cv-02026-NC
                                                   REQUEST FOR TELEPHONIC APPEARANCE
                                                         AT CMC; [PROPOSED] ORDER

1049921.1

1        Pursuant to Civil L.R. 16-10(a), Defendants Comcast Corporation and Comcast Cable Communications Management, LLC ("Defendants" or "Comcast") hereby respectfully request that the Court permit Mark S. Spring, lead counsel for Defendants, to appear by telephone at the Case Management Conference set for Wednesday, March 23, 2016 at 10:00 a.m.. Mr. Spring is scheduled to be on a prepaid, preplanned 5-day vacation in out of the country from March 19 to March 23, 2016. Teresa W. Ghali, who is the second chair attorney for Defendants, will appear in person at the March 23, 2016 CMC.

       In the alternative, Defendants request the Court continue the Case Management Conference by two weeks to April 6, 2016, in which case Mr. Spring can appear in person.

       Defendants request leave to allow Mr. Spring to appear telephonically because (a) he will be on a pre-planned trip out of the country at the time of the March 23, 2016 CMC, and (b) can make himself available by telephone at that time.

       At the time the parties jointly requested a continuance of the CMC from February 24, 2016 to March 23, 2016 (a request the Court subsequently granted), defense counsel did not realize that the requested date fell on a date when Mr. Spring would be out of the country. Defense counsel apologizes for this oversight. Defendants therefore request that the Court permit Mr. Spring to appear telephonically, with second chair attorney, Teresa Ghali appearing in person on March 23, 2016. Plaintiff's counsel has been informed of this request, and does not oppose it.

       In the alternative, both lead counsel are available to personally appear for a CMC on April 6, 2016.

Dated: March 2, 2016                       CAROTHERS DISANTE & FREUDENBERGER LLP

                                       By: */s/ Mark S. Spring*
                                                      Mark S. Spring

                                   Attorneys for Defendants
                                   Comcast Corporation and Comcast Cable Communications Management, LLC

**ALTERNATE ~~PROPOSED~~ ORDER**

Defendants request that Mark S. Spring be permitted to appear telephonically at the Case Management Conference on Wednesday, March 23, 2016 at 10:00 a.m. is denied. Instead the Case Management Conference is rescheduled for <u>April 6, 2016</u> and Mr. Spring should appear in person at that time. Updated case management statement due March 30, 2016.

**IT IS SO ORDERED.**

Dated: _____March 3, 2016_____

GRANTED
Judge Nathanael M. Cousins